In the Matter of HARBOR PARK REALTY, LLC, Appellant, v PAUL MANDELIK, as Chairman of the Planning Board of the Town of Huntington, et al., Respondents. [983 NYS2d 899]—In a proceeding pursuant to CPLR article 78, inter alia, to review a determination of the Planning Board of the Town of Huntington, dated June 15, 2011, which approved the site plan of the respondents John Notaro, R.A., Notaro Grupp Associates, 1033 Fort Salonga, LLC, and 1033 Fort Salonga Road, also known as Bottles & Bargains, the petitioner appeals from a judgment of the Supreme Court, Suffolk County (Molia, J.), dated September 7, 2012, which, upon a decision of the same court (Cohalan, J.) dated June 19, 2012, denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs.

A local planning board has broad discretion in deciding applications for site-plan approvals, and judicial review is limited to determining whether the board's action was illegal, arbitrary and capricious, or an abuse of discretion (*see Matter of Hejna v Planning Bd. of Vil. of Amityville*, 105 AD3d 846 [2013]; *Matter of Kearney v Kita*, 62 AD3d 1000, 1001 [2009]). Here, the determination of the Planning Board of the Town of Huntington had a rational basis, and was not illegal, arbitrary and capricious, or an abuse of discretion (*see Matter of Hejna v Planning Bd. of Vil. of Amityville*, 105 AD3d at 846; *Matter of Kearney v Kita*, 62 AD3d at 1002).

The petitioner's remaining contention is without merit. Rivera, J.P., Leventhal, Hinds-Radix and Maltese, JJ., concur.

 In the Matter of HARBOR PARK REALTY, LLC, Appellant, v CHRISTOPHER MODELEWSKI, as Chairman of the Zoning Board of Appeals of the Town of Huntington, et al., Respondents. [984 NYS2d 601]—

In a proceeding pursuant to CPLR article 78 to review a determination of the Zoning Board of Appeals of the Town of Huntington dated March 11, 2010, which, after a hearing, granted the application of the respondents John Notaro, R.A., Notaro Grupp Associates, and 1033 Fort Salonga, LLC, for certain area variances in connection with an application to construct a retail store, the petitioner appeals from an undated judgment of the Supreme Court, Suffolk County (Cohalan, J.), which, upon a decision of the same court dated November 23, 2011, denied the petition and dismissed the proceeding.